STATE EX REL. WORKING ET AL., RELATORS, *v.* DISTRICT
COURT ET AL., RESPONDENTS.

(No. 3,641.)

(Submitted March 8, 1915.   Decided March 22, 1915.)

[147 Pac. 616.]

[For syllabus, see *State ex rel. Working et al.* v. *District Court et al., ante,*
p. 435.]

Original application for writ of *certiorari* by the State, on
the relation of Lincoln Working and others, against the District
Court of the First Judicial District in and for the County of
Lewis and Clark and James M. Clements, a judge thereof.

*Mr. E. D. Weed* and *Mr. Edward Horsky,* for Relators.

*Mr. Ed. Phelan* and *Mr. J. H. Brass,* for Respondents.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of
the court.

The order against which relief is sought in this case was made
in a cause pending in the district court of Lewis and Clark
county, entitled *"Gustava Ernst* v. *Lincoln Working et al.,"*
the relators.   The decision in case numbered 3640, under the
same title as this (*ante,* p. 435, 147 Pac. 614), is conclusive of
this; the record of the proceedings in both being identical.   Upon
the authority of that case, the motion to quash the writ in this
case is overruled, and the order is annulled.

*Order annulled.*

MR. JUSTICE SANNER and MR. JUSTICE HOLLOWAY concur.